# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| THE BILL & MELINDA GATES FOUNDATION, a charitable trust organized under the laws of the State of Washington,<br><br>Plaintiff,<br><br>v.<br><br>SAAMA TECHNOLOGIES, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. 17-cv-1450-JPD<br><br>ORDER GRANTING STIPULATED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

This matter comes before the Court upon the parties' October 20, 2017 stipulated motion to substitute counsel for defendant. Dkt. 10. Based upon the parties' stipulation, the Court ORDERS that Benjamin I. VandenBerghe, Michelle E. Kierce and Montgomery Purdue Blankinship & Austin PLLC are permitted to withdraw as counsel for defendant Saama Technologies, Inc., and that John A. Tondini and Byrnes Keller Cromwell LLP are substituted as defense counsel. Khari Tillery and Abraham Fine may seek pro hac vice admission and thereafter make an appearance. The Clerk is directed to send copies of this order to the parties.

Dated this 23rd day of October, 2017.

*James P. Donohue*

JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER- 1