|   |   |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE | |
| THE BILL & MELINDA GATES FOUNDATION, a charitable trust organized under the law of the State of Washington,<br><br>Plaintiff,<br><br>v.<br><br>SAAMA TECHNOLOGIES, INC., a Delaware corporation,<br><br>Defendant. | Case No. C17-1450-JPD<br><br>ORDER CONFIRMING STIPULATED CONSENT AND RESETTING INITIAL CASE SCHEDULING DEADLINES |

This matter comes before the Court following the parties' November 10, 2017 stipulation that they "agree to consent to proceed before U.S. Magistrate Judge James P. Donohue." Dkt. 16 at 2. The parties further agree to participate in early mediation as soon as practicable but, in any event, by no later than January 31, 2018 as part of a good-faith effort to reach an amicable resolution of their dispute. To help conserve judicial resources and benefit their mediation efforts, the parties have requested a continuance of the pending case deadlines.

ORDER- 1

The Court GRANTS the parties' stipulated request for an extension of the pending case deadlines, and amends the schedule as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference | Wednesday, February 7, 2018 |
| Deadline for Saama to respond to the Foundation's Complaint | Friday, February 9, 2018 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | Friday, February 16, 2018 |
| Combined Joint Status Report and Discovery Plan | Friday, February 23, 2018 |

The Clerk is directed to send a copy of this Order to counsel for all parties.

DATED this 13th day of November, 2017.

*James P. Donohue*
JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER- 2