UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE BILL & MELINDA GATES FOUNDATION, a charitable trust organized under the law of the State of Washington,<br><br>Plaintiff,<br><br>v.<br><br>SAAMA TECHNOLOGIES, INC., a Delaware corporation,<br><br>Defendant. | NO. C17-1450-JPD<br><br>ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE |

This matter comes before the Court upon the parties' stipulated motion to dismiss this civil action with prejudice. Dkt. 21. Having reviewed the parties' motion, governing law, and the balance of the record, the Court GRANTS the parties' stipulated motion and dismisses this action with prejudice. Each party shall bear its own attorneys' fees and costs of suit.

The Clerk is directed to send a copy of this Order to counsel for both parties.

DATED this 18th day of January, 2018.

JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER - 1